Electrical Survey Bureau, Inc., Appellant, v. A. S. Schulman Electric Company, Appellee.

Gen. No. 41,536.

opinion filed April 23, 1941. Cassels, Potter & Bentley, for appellant; George C. Bunge, of counsel; Charles P. Schwartz, for appellee; Milton M. Adelman, of counsel. Opinion by JUSTICE DENIS E. SULLIVAN. "Not to be published in full."